SCOTT J. STILMAN, ESQ., SBN 120239
THERESA MARCHLEWSKI, ESQ. SBN 82429
OFFICE OF THE GENERAL COUNSEL
9200 OAKDALE AVENUE, SEVENTH FLOOR
MAIL STOP N110701
CHATSWORTH, CALIFORNIA 91311
Telephone: (818) 775-7856
Facsimile: (818) 349-2734
Email: scott.stilman@wamu.net

Attorneys for Defendants,
WASHINGTON MUTUAL BANK and
CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI K. HEPLER, | CASE NO. CV07-4804 CAS (Ex) |
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | JUDGMENT BY COURT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 |
| WASHINGTON MUTUAL BANK, F.A., CALIFORNIA RECONVEYANCE COMPANY, GREENPOINT MORTGAGE FUNDING, INC., JOE TADLOCK AUCTIONEER COMPANY, MIKE POTIER, FIDELITY NATIONAL MANAGEMENT SOLUTIONS, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

This Court, having reviewed the moving and opposition papers, and having heard oral argument on September 29, 2008 and October 20, 2008, and good causing appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that:

    1.    The action be dismissed with prejudice as to Washington Mutual Bank and California Reconveyance Company;

    2.    Plaintiff take nothing by way of her Complaint; and

1  3. Defendants Washington Mutual Bank and California Reconveyance
2  Company are awarded costs of suit.
3  Dated: October 28, 2008         /s/ Christina A. Snyder
                                    Hon. Christina A. Snyder

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

JUDGEMENT BY COURT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56